# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-2350

_____

Patricia Von Zur Muehlen

*Plaintiff - Appellant*

v.

St. Regis Apartments, Inc.; Board of Directors of St. Regis Apartments, Inc.; William Kuehling, In his capacity as the President of St. Regis Apartments, Inc.; and in his capacity as a Board Member of the Board of Directors of St. Regis Apartments, Inc., and as a shareholder of St. Regis Apartments, Inc; and as an individual.; James Joseph Schlafly, III, In his capacity as the Secretary of St. Regis Apartments, Inc.; and in his capacity as a Board Member of the Board of Directors of St. Regis Apartments, Inc., and as a shareholder of St. Regis Apartments, Inc.; and as an individual; Gregory A. Vogelweid, In his capacity as the Vice President of St. Regis Apartments, Inc.; and in his capacity as a Board Member of the Board of Directors of St. Regis Apartments, Inc.; and as a shareholder of St. Regis Apartments, Inc.; and as an individual; Patricia A. Penoske, Dr., In her capacity as a Board Member of the Board of Directors of St. Regis Apartments, Inc.; and as a shareholer of St. Regis Apartments, Inc.; and as individual; Robert Parks, In his capacity as a Board Member of the Board of Directors of St. Regis Apartments, Inc.; and as a shareholder of St. Regis Apartments, Inc.; and as an individual; Maura Rafuse, In her capacity as a Board Member of the Board of Director of St. Regis Apartments, Inc.; and as a shareholder of St. Regis Apartments, Inc.; and as an individual; Louis Vlasaty, In his capacity as the Treasurer of St. Regis Apartments, Inc.; and in his capacity as a Board Member of the Board of Directors of St. Regis Apartments, Inc.; and as a shareholder of St. Regis Apartments, Inc.; and as an individual; Katharyn B. Davis, ESQ, in her capacity as the Attorney for the Board of Directors of St. Regis Apartments, Inc.; in her capacity as the attorney for the Secretary of St. Regis Apartments, Inc.; and as a shareholder of St. Regis Apartments, Inc.; and as an individual; Sally Ward, In her capacity as the Secretary of St. Regis Apartments, Inc., as registered and published with the

Missouri Secretary of State, and as a shareholder of St. Regis Apartments, Inc.; and as an individual

*Defendant*s

Michael T. George

*Movant - Appellee*

‾‾‾‾‾‾‾‾‾‾‾

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

‾‾‾‾‾‾‾‾‾‾‾

Submitted: May 20, 2022
Filed: May 26, 2022
[Unpublished]

‾‾‾‾‾‾‾‾‾‾‾

Before KELLY, ERICKSON, and GRASZ, Circuit Judges.

‾‾‾‾‾‾‾‾‾‾‾

PER CURIAM.

Missouri resident Patricia Von Zur Muehlen appeals the district court's[1] order denying her motion seeking to set aside the attorney's lien granted to her former counsel in this civil action. After careful review of the record and the parties' arguments on appeal, we find no basis for reversal. See Int'l Brotherhood of Elec. Workers v. Hope Elec. Corp., 293 F.3d 409, 415-16 (8th Cir. 2002) (reviewing denial of motion under Fed. R. Civ. P. 60(b) for abuse of discretion); see also Swope v. Siegel-Robert, Inc., 243 F.3d 486, 498 (8th Cir. 2001) (reviewing decision whether

---

[1]The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.

to grant hearing regarding Rule 60(b) motion for abuse of discretion).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____